**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:11-CR-170 |
| ) | |
| BRANDON EARL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Brandon Earl (DE #103) filed on June 13, 2012. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Brandon Earl, and **FINDS** the Defendant guilty of Count 2 of the indictment.

This matter is set for sentencing on September 27, 2012, at 1:00 p.m.

**DATED: July 3, 2012**          /s/RUDY LOZANO, Judge
                                  **United States District Court**